1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WALTER LEE COLE,                  No. 2:16-cv-1215 GGH P

12           Petitioner,

13      v.                               ORDER

14    K. HOLLAND, Warden,

15           Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18 corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This

19 court will not rule on petitioner's request to proceed in forma pauperis.

20        Petitioner is presently incarcerated at California Correctional Institution in Tehachapi. He

21 is serving a sentence for a conviction rendered by the Los Angeles County Superior Court.

22        The general rule with regard to habeas applications is that both the United States District

23 Court in the district where petitioner was convicted and the District Court where petitioner is

24 incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S.

25 484 (1973). In the instant case, petitioner's conviction occurred in an area covered by the District

26 Court for the Central District of California.

27 /////

28 /////

                                               1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2  1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

3  2. This matter is transferred to the United States District Court for the Central District of

4  California.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

5  Dated: June 13, 2016

6  /s/ Gregory G. Hollows

7  UNITED STATES MAGISTRATE JUDGE

12  /mp
cole1215.108a