UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER LEE COLE, | ) | Case No. CV 16-4286 SJO(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| K. HOLLAND, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and Addendum and this action are dismissed without prejudice.

DATED: June 20, 2016.

*S. James Otero*

_____

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE